CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
  DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, *Plaintiff*, v. TCM CONSTRUCTION, LLC, *et al.*, *Defendants.* | CASE NO. 6:20-cv-00046 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Philadelphia Indemnity Insurance Company's Motion for Default Judgment. Dkt. 12. Upon consideration of such motion, it will be and hereby is **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**, for the reasons and as set forth in an accompanying Memorandum Opinion & Order, to follow.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this  30th  day of September, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE